1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF WASHINGTON

7   GARY HIGLEY, an individual,
                                              NO:  2:15-CV-0260-TOR
8                          Plaintiff,
                                              ORDER OF DISMISSAL
9          v.                                 WITH PREJUDICE

10  TULSA DENTAL PRODUCTS, LLC,
    a Delaware limited liability
11  corporation,

12                         Defendant.

13         BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF

14  No. 87).  The parties have stipulated to the dismissal of this action with prejudice

15  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with all parties

16  assuming their own fees and costs.

17  //

18  //

19  //

20  //


    ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

2.  All pending motions are **DENIED** as moot and all hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED February 27, 2018.



THOMAS O. RICE
Chief United States District Judge